UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| United States of America | ) | |
|---|---|---|
| | ) | 2020 JAN 22  A  9: 10 |
| v. | ) | No. 1:20-cr-04-LM-01 |
| | ) | |
| Mario Lemus-Portillo | ) | |
| | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE
[8 U.S.C. §§ 1326(a) -- Reentry After Deportation]

On or about December 27, 2019, in the District of New Hampshire, the defendant,

MARIO LEMUS-PORTILLO,

an alien, who was deported and removed from the United States on or about February 4, 2016,

was knowingly present and found in Manchester, New Hampshire.  Neither the Attorney General

of the United States nor the Secretary of the Department of Homeland Security had expressly

consented to Lemus-Portillo reapplying for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a).

SCOTT W. MURRAY
United States Attorney

January 22, 2020                                    By: _____

Matthew T. Hunter
Assistant United States Attorney